FILED
2011 Sep-06  PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSALIND HUTCHINSON, § § Plaintiff, § § v. § § CAVALRY PORTFOLIO SERVICES, LLC; § EXPERIAN INFORMATION SOLUTIONS, § INC.; and EQUIFAX INFORMATION § SERVICES, LLC; and § § Defendants. § | Case No.: _____ |

## CONSENT TO REMOVAL FOR
## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Without waiving any other defenses, Defendant Equifax Information Services, LLC ("Equifax") hereby consents to the removal of this action from the Circuit Court of Jefferson County, Alabama to this Court.

Dated: September ___, 2011

Respectfully submitted,

Victoria J. Franklin-Sisson
Attorney for Defendant, Equifax

OF COUNSEL:
Jones, Walker, Waechter, Poitevent, Carrere & Dengere, L.L.P.
One Federal Place
1819 Fifth Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone: (205) 244-5200
Facsimile: (832) 244-5414
Email: vsisson@joneswalker.com



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSALIND HUTCHINSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No.: _____ |
| § | |
| CAVALRY PORTFOLIO SERVICES, LLC; § | |
| EXPERIAN INFORMATION SOLUTIONS, § | |
| INC.; and EQUIFAX INFORMATION § | |
| SERVICES, LLC, § | |
| § | |
| Defendants. § | |

## CONSENT TO REMOVAL FOR DEFENDANT CAVALRY PORTFOLIO SERVICES, LLC

Without waiving any other defenses, Defendant Cavalry Portfolio Services, LLC ("Cavalry") hereby consents to the removal of this action from the Circuit Court of Jefferson County, Alabama to this Court.

Dated: September 2, 2011

Respectfully submitted,

_____
Neal D. Moore III
*Attorney for Defendant Cavalry Portfolio Services, LLC*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
205-879-8722 (telephone)
205-879-8831 (telecopier)

{W0301333.1 }